LITTLE v. BENNINGTON

No. 191P93

Case below: 109 N.C.App. 482

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 1 July 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

LOWRY v. DUKE UNIVERSITY MEDICAL CENTER

No. 122P93

Case below: 109 N.C.App. 83

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

MARSH v. W. R. GRACE & CO.

No. 199P93

Case below: 109 N.C.App. 700

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 July 1993.

MITCHELL v. NATIONWIDE INS. CO.

No. 226A93

Case below: 110 N.C.App. 16

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion allowed 1 July 1993.

MONTI v. UNITED SERVICES AUTOMOBILE ASSN.

No. 91P93

Case below: 108 N.C.App. 342

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 1 July 1993.